under Fed.R.Crim.P. 12(b)(2) and construed by the district court as a 28 U.S.C.A. § 2255 (West Supp. 2001) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny leave to proceed informa pauperis, deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Key*, Nos. CR–95–195; CA–01–633–5 (S.D.W.Va. Aug. 3, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

**PER CURIAM.**

Dave W. Barnett appeals from the district court's order denying relief on his 18 U.S.C. § 3582(c)(2)(1994) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Barnett*, No. CR–96–66 (E.D. Va. filed July 2, 2001 & entered July 3, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Dave W. BARNETT, Defendant–Appellant.**

**No. 01–7347.**

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 20, 2001.

Decided Jan. 2, 2002.

Dave W. Barnett, Pro Se. Fernando Groene, Office of the United States Attorney, Norfolk, Virginia, for Appellee.

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Gerald NOBLE, Defendant–Appellant.**

**No. 01–7348.**

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 20, 2001.

Decided Jan. 2, 2002.

Gerald Noble, Pro Se. Sean Kittrell, Office of the United States Attorney, Charleston, South Carolina, for Appellee.

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.